IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SAMANTHA CATHLEEN STEWART,  )<br>                              )<br>            Plaintiff,        )<br>                              )  6: 12-cv-00155-TC<br>       v.                     )<br>                              )  ORDER<br> STATE OF OREGON, et al.,      )<br>                              )<br>            Defendants.        )<br>_____) | |

Magistrate Judge Thomas M Coffin has filed his Findings and Recommendation on April 20, 2012. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d

1   - ORDER

452, 454 (9th Cir. 1983). Having reviewed the legal principles <u>de</u> <u>novo</u>, I find no error.

Accordingly, I ADOPT Judge Coffin's Findings and Recommendation. Plaintiff's amended complaint (#8) is dismissed with prejudice. This proceeding is dismissed. The clerk of court will enter judgment accordingly.

DATED this 21st day of May, 2012.

_____
Michael C. Hogan
United States District Judge

2   — ORDER